UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.          )<br>)<br>JEFFERY WILLIAMS      ) | CR413-111 |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Skye Ellen Musson** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Skye Ellen Musson** be granted leave of absence for the following periods: October 27, 2025 through October 31, 2025; November 24, 2025 through November 28, 2025; December 23, 2025 through December 26, 2025; and December 30, 2025 through January 2, 2026.

**SO ORDERED**, this the ___9th___ day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA